

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00583-CR

Samuel Alfredo **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6651
Honorable Pat Priest, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

Mr. Charles Richardson is the reporter responsible for preparing, certifying and timely filing the reporter's record. Mr. Richardson's reporter's record was originally due September 26, 2014. Mr. Richardson has been granted one previous extension of time to file the record, until November 26, 2014. Mr. Richardson has requested a second extension until January 5, 2015.

We GRANT the request for an extension of time, and it is therefore ORDERED that Mr. Richardson file the reporter's record in this court **no later than January 5, 2015. No further extensions will be granted absent extenuating circumstances.** Failure to file the reporter's record by January 5, 2015 may result in one or both of the following:

(1) abatement to the trial court for appropriate action or

(2) an order requiring Mr. Richardson to appear before this court to show cause why he should not be held in contempt, why this court should not file a complaint to the Court Reporter's Certification Board; and why appropriate civil or criminal sanctions should not be imposed.

The Clerk of this court shall cause a copy of this order to be served on Mr. Richardson by certified mail, return receipt requested, and by regular United States mail. Because the trial and

appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

*Sandee Bryan Marion*
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

Keith E. Hottle
Clerk of Court